IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11004TPA |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, his wife, | : | The Hon. Thomas P. Agresti |
| | : | |
| Debtors | : | Chapter 13 |

## APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Mountain Laurel Federal Credit Union in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By:   */s/Michael S. JanJanin*
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone:  (814) 833-2222, Ext. 1045
Phone:  (814) 314-1051 (Direct)
Fax:  (814) 833-6753
Email:  mjanjanin@quinnfirm.com
Attorneys for Mountain Laurel Federal Credit Union

Dated: October 10, 2018

#1166037

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11004TPA |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, his wife, | : | The Hon. Thomas P. Agresti |
| | : | |
| Debtors | : | Chapter 13 |

**CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE
OF ALL PENDING AND FUTURE MATTERS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 10, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *See attached.*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  October 10, 2018

By:  */s/Michael S. JanJanin*
Signature

Michael S. Jan Janin, Esq.
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508
Address

(814) 833-2222 ext. 1045
Phone No.

PA ID #38880
List Bar I.D. and State of Admission

#1166037

SERVICE BY ELECTRONIC NOTIFICATION:

Ronda J. Winecour, Esquire
Suite 3250
USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219
Chapter 13 Trustee

*Via the CM/ECF system*
[cmecf@chapter13trusteewdpa.com](mailto:cmecf@chapter13trusteewdpa.com)

Daniel P. Foster, Esquire
Foster Law Offices
P.O. Box 966
Meadville, Pennsylvania 16335
Attorney for Debtors
*Email:* [dan@mrdebtbuster.com](mailto:dan@mrdebtbuster.com)

#1166037