# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 18-11004-TPA |
| : | |
| Robert A Auflick and : | CHAPTER 13 |
| Ashlyn Y Auflick, : | |
| Debtors. : | |
| : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

July 29, 2018 – Husband

August 12, 2018

August 26, 2018

September 9, 2018

September 24, 2018

July 27, 2018 – Wife

August 10, 2018

August 24, 2018

September 7, 2018

September 21, 2018

Next Payment Advice Expected (post-filing):

October 8, 2018 – Husband

October 5, 2018 – Wife

C.B.    AUFLICK, ROBERT A AND ASHLYN Y

RUN DATE: 09-17-18              UNITED REFINING COMPANY
                                 EARNINGS BY CLOCK                YEAR ENDING 2018

| | REG/HRS | OT/HRS | PR/HRS | REG/EARN | OT/EARN | PR/EARN | GROSS/EARN | TIPS | FIT | FICA | STATE | CITY | PA-UI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00206  035 ROBERT A AUFLICK | | | | | 3818 | | | | | | | | |
| 07-29-18 | 64.00 | | 16.00 | 2,447.20 | | 596.80 | 3,044.00 | | 264.10 | 233.20 | 93.45 | 76.10 | 1.83 |
| 08-12-18 | 48.00 | 2.50 | 33.50 | 2,062.56 | 158.33 | 1249.55 | 3,470.44 | | 313.23 | 265.83 | 106.54 | 86.76 | 2.08 |
| 08-26-18 | 80.00 | 33.75 | 2.00 | 3,077.72 | 2,049.41 | 74.60 | 5,201.73 | | 631.53 | 398.27 | 159.69 | 130.04 | 3.12 |
| 09-09-18 | 80.00 | | 12.00 | 3,213.44 | | 453.60 | 3,667.04 | | 327.08 | 280.87 | 112.58 | 91.68 | 2.20 |

**United Refining Company**

EMPLOYEE: ROBERT A. AUFLICK
DEPT: 035  CLOCK: 00206  CHECK NO: 473235
PAY PERIOD: 09.10.18  PAY DATE: 09.23.18

### GROSS EARNINGS

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| REGULAR | 72.00 | 2,770.07 | 56,360.68 |
| OVERTIME | 2.00 | 114.15 | 18,282.60 |
| HOLIDAY | | | 14,176.34 |
| TAXABLE TIPS | | | |
| TAXABLE BENEFITS | | | |
| **GROSS PAY** | | **2,884.22** | **88,819.62** |

### VOLUNTARY DEDUCTIONS

| Description | Current | Year to Date |
|---|---|---|
| UNION DUES-IUOE | | 397.28 |
| LOCAL SERVICES | 2.00 | 40.00 |
| UNION DUES-IUOE | 44.42 | 397.19 |
| MOUNTAIN LAUREL | | 9,500.00 |
| PA EMP UNEMP TX | 1.73 | 53.28 |
| LIFE INS. | 10.75 | 214.04 |
| DEPENDENT LIFE | 0.76 | 15.20 |
| AD&D | 5.77 | 115.40 |
| 401K | 173.04 | 3,366.60 |

### WITHHOLDING TAXES

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 239.78 | 10,601.71 |
| FICA | 179.09 | 5,512.24 |
| MEDICARE TAX | 41.88 | 1,289.15 |
| STATE TAX PA | 88.55 | 2,726.77 |
| LOCAL TAX | 72.11 | 2,220.50 |
| **TOTAL TAX** | **620.41** | **22,350.37** |

TOTAL DEDUCTIONS: 858.47 / 14,098.99
NET PAY: 2025.34 / 52,370.26

CONFIDENTIAL STATEMENT OF EARNINGS AND DEDUCTIONS. DETACH AND RETAIN THIS RECORD.

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAYLOC J01 | FINANCE NO. 41-6612 | | EMPLOYEE NAME A Y AUFLICK | | | | EMPLOYEE ID 04255379 | PAY PERIOD 15 18 | SERIAL NUMBER 00004849 | |
| 2 | J001 | 1778 | 780 | W | 1564 | 27808 | GROSS PAY | 27808 | 54938 | ANNUAL LEAVE(AL) CAT: | 0.00 |
| 2 | J001 | 5254 | E43 | T | 200 | 10508 | FED TAX R0 | 1361 | 35850 | AL PRIOR YR BAL | 0.00 |
| | | | | | | | ST TAX PAMO | 854 | 16866 | + AL EARNED YTD | 0.00 |
| | | | | | | | RETIRE | 00 | 00 | + AL HOL EARNED YTD | 0.00 |
| | | | | | | | MEDICARE | 403 | 7966 | - AL USED YTD | 0.00 |
| | | | | | | | SOSEC | 1724 | 34062 | = EARNED AL BAL | 0.00 |
| | | | | | | | NET | 23466 | | + AL ADVANCED | 0.00 |
| | | | | | | | EM-E | 10508 | 195472 | = AVAIL AL BAL | 0.00 |
| | | | | | | | | | | AL USED THIS PP | 0.00 |
| | | | | | | | | | | SICK LEAVE(SL) CAT: | 0.00 |
| | | | | | | | | | | SL PRIOR YR BAL | 0.00 |
| | | | | | | | | | | + SL EARNED YTD | 0.00 |
| | | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | | = CURRENT SL BAL | 0.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | | | | | | NET PAY | 339.74 | NT BK | | USPS RETIREMENT 0.00 | |

POSTMASTER/MANAGER
PO BOX 9998
PITTSFIELD PA 16340-9998

07-27-2018
00004849


ASHLYN Y AUFLICK
809 N MAIN ST
YOUNGSVILLE PA 16371-1055

| J | J01 | 41-6612 | A Y AUFLICK | | | | 04255379 | 16 18 | 00004869 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: | 0.00 |
| 2 | J001 | 1778 | 780 | W | 7.82 | 139.04 | GROSS PAY 973.10 | 6466.96 | AL PRIOR YR BAL | 0.00 |
| 1 | J001 | 1778 | 780 | W | 46.91 | 834.06 | FED TAX R0 92.39 | 450.89 | + AL EARNED YTD | 0.00 |
| 2 | J001 | 5254 | E43 | T | 1.00 | 52.54 | ST TAX PAM0 29.87 | 198.53 | + AL HOL EARNED YTD | 0.00 |
| 1 | J001 | 5254 | E43 | T | 6.00 | 315.24 | RETIRE .00 | .00 | - AL USED YTD | 0.00 |
| | | | | | | | MEDICARE 14.11 | 93.77 | = EARNED AL BAL | 0.00 |
| | | | | | | | SOSEC 60.33 | 400.95 | + AL ADVANCED | 0.00 |
| | | | | | | | NET 776.40 | | = AVAIL AL BAL | 0.00 |
| | | | | | | | EM-E 367.78 | 2322.50 | AL USED THIS PP | 0.00 |
| | | | | | | | | | SICK LEAVE(SL) CAT: | 0.00 |
| | | | | | | | | | SL PRIOR YR BAL | 0.00 |
| | | | | | | | | | + SL EARNED YTD | 0.00 |
| | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | = CURRENT SL BAL | 0.00 |
| | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | | | | | | | | | USPS RETIREMENT | |
| | | | | | | NET PAY | 1144.18 | NT BK | 0.00 | |

POSTMASTER/MANAGER
PO BOX 9998
PITTSFIELD PA 16340-9998

08-10-2018
00004869

ASHLYN Y AUFLICK
809 N MAIN ST
YOUNGSVILLE PA 16371-1055

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAYLOC J01 | FINANCE NO. 41-6612 | | | EMPLOYEE NAME A Y AUFLICK | | | EMPLOYEE ID 04255379 | PAY PERIOD 17 18 | SERIAL NUMBER 00004937 | |
| 2 | J001 | 1778 | 780 | W | 7.82 | 139.04 | GROSS PAY | 278.08 | 6745.04 | ANNUAL LEAVE(AL) CAT: | 0.00 |
| 1 | J001 | 1778 | 780 | W | 7.82 | 139.04 | FED TAX R0 | 13.61 | 464.50 | AL PRIOR YR BAL | 0.00 |
| 2 | J001 | 5254 | E43 | T | 1.00 | 52.54 | ST TAX PA M0 | 8.54 | 207.07 | + AL EARNED YTD | 0.00 |
| 1 | J001 | 5254 | E43 | T | 1.00 | 52.54 | RETIRE | .00 | .00 | + AL HOL EARNED YTD | 0.00 |
| | | | | | | | MEDICARE | 4.03 | 97.80 | - AL USED YTD | 0.00 |
| | | | | | | | SOSEC | 17.24 | 418.19 | = EARNED AL BAL | 0.00 |
| | | | | | | | NET | 234.66 | | + AL ADVANCED | 0.00 |
| | | | | | | | EM-E | 105.08 | 2427.58 | = AVAIL AL BAL | 0.00 |
| | | | | | | | | | | AL USED THIS PP | 0.00 |
| | | | | | | | | | | SICK LEAVE(SL) CAT: | 0.00 |
| | | | | | | | | | | SL PRIOR YR BAL | 0.00 |
| | | | | | | | | | | + SL EARNED YTD | 0.00 |
| | | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | | = CURRENT SL BAL | 0.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | | | | | | NET PAY | 339.74 | NT BK | USPS RETIREMENT | 0.00 |

POSTMASTER/MANAGER
PO BOX 9998
PITTSFIELD PA 16340-9998

08-24-2018
00004937

ASHLYN Y AUFLICK
809 N MAIN ST
YOUNGSVILLE PA  16371-1055

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| J | J01 | 41-6612 | A Y AUFLICK | | | | 04255379 | 18 18 | 00004803 |
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| | | DETAIL EARNINGS | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | |
| 2 | J001 | 1778 | 780 | W | 782 | 13904 | GROSS PAY 1434.9 | 688853 | ANNUAL LEAVE(AL) CAT: 0.00 |
| 1 | A999 | 1778 | 780 | W | 25 | 445 | FED TAX R0 15 | | AL PRIOR YR BAL 0.00 |
| 2 | J001 | 5254 | E43 | T | 100 | 5254 | ST TAX PAM0 441 | 46465 | + AL EARNED YTD 0.00 |
| | | | | | | | RETIRE 00 | 21148 | + AL HOL EARNED YTD 0.00 |
| | | | | | | | MEDICARE 208 | 00 | - AL USED YTD 0.00 |
| | | | | | | | SOSEC 890 | 9988 | = EARNED AL BAL 0.00 |
| | | | | | | | NET 12795 | 42709 | + AL ADVANCED 0.00 |
| | | | | | | | EM-E 5254 | | = AVAIL AL BAL 0.00 |
| | | | | | | | | 248012 | AL USED THIS PP 0.00 |
| | | | | | | | | | SICK LEAVE(SL) CAT: 0.00 |
| | | | | | | | | | SL PRIOR YR BAL 0.00 |
| | | | | | | | | | + SL EARNED YTD 0.00 |
| | | | | | | | | | - SL USED YTD 0.00 |
| | | | | | | | | | = CURRENT SL BAL 0.00 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |
| | | | | | | | | | USPS RETIREMENT |
| | | | | | | NET PAY 180.49 | NT BK | | 0.00 |

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
PO BOX 9998
PITTSFIELD PA 16340-9998

09-07-2018
00004803

ASHLYN Y AUFLICK
809 N MAIN ST
YOUNGSVILLE PA 16371-1055

| K | K02 | 41-6612 | A Y AUFLICK | | | | 04255379 | 19 18 | 00004883 | |
|---|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
| DETAIL EARNINGS | | | | | | | GROSS TO NET | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE (AL) CAT: 0.00 |
| 2 | J001 | 1778 | 780 | W | 7.82 | 139.04 | GROSS PAY | 284.84 | 7173.37 | AL PRIOR YR BAL | 0.00 |
| 1 | K002 | 1778 | 780 | W | 8.20 | 145.80 | FED TAX R0 | 14.28 | 478.93 | + AL EARNED YTD | 0.00 |
| 2 | J001 | 5254 | E43 | T | 1.00 | 52.54 | ST TAX PAM0 | 8.74 | 220.22 | + AL HOL EARNED YTD | 0.00 |
| 1 | K002 | 6142 | E41 | T | 1.00 | 61.42 | RETIRE | .00 | .00 | - AL USED YTD | 0.00 |
| | | | | | | | MEDICARE | 4.13 | 104.01 | = EARNED AL BAL | 0.00 |
| | | | | | | | SOSEC | 17.66 | 444.75 | + AL ADVANCED | 0.00 |
| | | | | | | | NET | 240.03 | | = AVAIL AL BAL | 0.00 |
| | | | | | | | EM-E | 113.96 | 2594.08 | AL USED THIS PP | 0.00 |
| | | | | | | | | | | SICK LEAVE (SL) CAT: 0.00 |
| | | | | | | | | | | SL PRIOR YR BAL | 0.00 |
| | | | | | | | | | | + SL EARNED YTD | 0.00 |
| | | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | | = CURRENT SL BAL | 0.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY (LWOP) |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | | | | | | | | | | USPS RETIREMENT |
| | | | | | | NET PAY | 353.99 | NT BK | | 0.00 |

POSTMASTER/MANAGER
PO BOX 9998
PITTSFIELD PA 16340-9998

09-21-2018
00004883

ASHLYN Y AUFLICK
809 N MAIN ST
YOUNGSVILLE PA 16371-1055