**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 18-11004TPA |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. | : | THE HON. THOMAS P. AGRESTI |
| AUFLICK, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| MOUNTAIN LAUREL FEDERAL CREDIT | : | DATE AND TIME OF HEARING: |
| UNION, | : | Wednesday, December 12, 2018 at 9:30 a.m. |
| Movant | : | |
| | : | RESPONSES DUE: |
| v. | : | November 19, 2018 |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. | : | |
| AUFLICK, his wife; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE | : | |
| Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Document No. 25)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay filed October 30, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than November 19, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 20, 2018

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Michael S. JanJanin
      Michael S. JanJanin, Esquire
      PA Id. No. 38880
      The Quinn Law Firm
      2222 West Grandview Boulevard
      Erie, Pennsylvania  16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail: mjanjanin@quinnfirm.com
      Counsel for Movant

#1170323