FILED
11/26/18 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 18-11004TPA |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, his wife, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| MOUNTAIN LAUREL FEDERAL CREDIT UNION, | : | RELATED TO DOCUMENT NO. 25 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, his wife; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE | : | |
| Respondents | : | |

## ORDER

AND NOW, to-wit, this 26th day of November, 2018, upon consideration of the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) filed by the Movant, Mountain Laurel Federal Credit Union, and following a hearing held in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

It is further ORDERED that the Movant is authorized to repossess and resell the 2012 Harley Davidson Street Glide Motorcycle with Vehicle Identification Number 1HD1KBM13CB677998 in accordance with Pennsylvania law.

_____
The Hon. Thomas P. Agresti
United States Bankruptcy Judge

jlm

#1170231

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-11004-TPA
Robert A. Auflick                                                     Chapter 13
Ashlyn Y. Auflick
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                Page 1 of 1              Date Rcvd: Nov 26, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2018.
db/jdb         +Robert A. Auflick,   Ashlyn Y. Auflick,   809 North Main Street,   Youngsville, PA 16371-1055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James    Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
           bkgroup@kmllawgroup.com
          Michael S. Jan Janin     on behalf of Creditor    Mountain Laurel Federal Credit Union
           mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6