IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.  18-11004-TPA |
| | ) |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, | ) |
| | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK LEAST TRUST serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 39 |
| | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. AUFLICK, ASHLYN Y. AUFLICK and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Respondents | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION OF ALLY FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **FEBRUARY 8, 2019** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **FEBRUARY 27, 2019 at 10:30 A.M.** before Judge Thomas P. Agresti, Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service:  January 22, 2019

*/s/ Mark G. Claypool*
Mark G. Claypool
PA I.D. No. 63199
120 West Tenth Street, Erie, PA  16501
(814) 459-2800
Attorney for Movant/Applicant

# 2015183.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 18-11004-TPA |
| | ) |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, | ) |
| | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK LEAST TRUST serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 39 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. AUFLICK, ASHLYN Y. AUFLICK and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

**CERTIFICATE OF SERVICE OF MOTION OF
ALLY FOR RELIEF FROM AUTOMATIC STAY**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Ally's Motion for Relief from Automatic Stay, on the parties at the addresses on the attached service list, on January 22, 2019 by first class, United States mail, postage pre-paid.

The total number of parties served was __5__.

EXECUTED ON: January 22, 2019

                By:   /s/ *Mark G. Claypool*
                       Mark G. Claypool, Esquire
                       PA I.D. No. 63199
                       Knox McLaughlin Gornall & Sennett, P.C.
                       120 West Tenth Street
                       Erie, Pennsylvania  16501
                       (814) 459-2800

# 2015183.v1

## SERVICE MATRIX

**Via US Mail**

Robert A. Auflick
809 North Main Street
Youngsville, PA 16371

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ashlyn Y. Auflick
809 North Main Street
Youngsville, PA 16371

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

**Via CM/ECF**

United States Trustee

ustpregion03.pi.ecf@usdoj.gov

# 2015183.v1