IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 18-11004-TPA |
| | ) |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, | ) |
| | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK LEASE TRUST serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket Nos. 43, 44 & 45 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. AUFLICK, ASHLYN Y. AUFLICK and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

## CERTIFICATION OF NO OBJECTION REGARDING
## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion for Relief from Automatic Stay filed and served on **January 25, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Amended Motion for Relief from Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **February 11, 2019.**

It is hereby respectfully requested that the Order attached to the Motion for Relief from Automatic Stay be entered by the Court.

Date: **February 12, 2019**

                                              By: */s/ Mark G. Claypool*
                                                   Mark G. Claypool, Esquire
                                                   PA I.D. No. 63199
                                                   Knox McLaughlin Gornall & Sennett, P.C.
                                                   120 West Tenth Street
                                                   Erie, PA  16501-1461
                                                   (814) 459-2800