IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 18-11004-TPA |
| | ) |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, | ) |
| | ) Chapter 13 |
| | ) |
| Debtors | ) |
| | ) Docket No. |
| ALLY BANK LEASE TRUST serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 47 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. AUFLICK, ASHLYN Y. AUFLICK and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

**CERTIFICATE OF SERVICE ON ORDER GRANTING
MOTION OF ALLY FOR RELIEF FROM AUTOMATIC STAY**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order, on the parties at the addresses on the attached matrix, on February 13, 2019, by first class, United States mail, postage pre-paid or via electronic filing.

          By:   /s/ *Mark G. Claypool*
                Mark G. Claypool, Esquire
                PA I.D. No. 63199
                Knox McLaughlin Gornall & Sennett, P.C.
                120 West Tenth Street
                Erie, Pennsylvania 16501-1461
                (814) 459-2800
                mclaypool@kmgslaw.com

# 2030741.v1

## SERVICE MATRIX

**Via US Mail**

Robert A. Auflick
809 North Main Street
Youngsville, PA 16371

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ashlyn Y. Auflick
809 North Main Street
Youngsville, PA 16371

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

**Via CM/ECF**

United States Trustee        ustpregion03.pi.ecf@usdoj.gov

# 2030741.v1