FILED
2/12/19 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 18-11004-TPA |
| | ) |
| ROBERT A. AUFLICK and ASHLYN Y. AUFLICK, | ) |
| | ) Chapter 13 |
| Debtors | ) |
| | ) Docket No. 43 |
| ALLY BANK LEASE TRUST serviced by ALLY SERVICING LLC, | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. AUFLICK, ASHLYN Y. AUFLICK and RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

## ORDER

*AND NOW,* this  12th  day of        February       , 2019, upon consideration of the foregoing Motion for Relief from Automatic Stay (the "Motion") filed by the Movant, Ally Bank Lease Trust, serviced by Ally Servicing LLC ("Ally"), and after notice and hearing as appropriate if any, it appearing that the Debtor Robert A. Auflick ("Debtor") is a party to an Ally Smart Lease (the "Lease"); that pursuant to the Lease, the Debtor obtained use and possession of a 2016 Ram 1500 (the "Vehicle") for a 39 month term in exchange for the Lease payments; that Ally is the owner and first lienholder on the Vehicle's Certificate of Title; that the Lease is in default as a result of failing to make payments when due; that the Vehicle and the Lease are not necessary for an effective reorganization of the Debtors; that Ally lacks adequate protection of its

interest in the Vehicle; that the Debtor's Chapter 13 Plan fails to provide for payment to Ally pursuant to the Lease and that cause exists for granting the Motion, it is therefore

***ORDERED, ADJUDGED*** and ***DECREED*** that the Motion is ***GRANTED***. Ally is granted relief from the Automatic Stay (11 U.S.C. §362) to exercise its state law rights under the Lease and against the Vehicle, including, but not limited to, terminating the Lease and repossession and sale of the Vehicle.

_____
The Honorable Thomas P. Agresti    jlm
United States Bankruptcy Judge

# 2015179.v1

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-11004-TPA
Robert A. Auflick                                               Chapter 13
Ashlyn Y. Auflick
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy               Page 1 of 1           Date Rcvd: Feb 12, 2019
                              Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2019.
```
db/jdb         +Robert A. Auflick,    Ashlyn Y. Auflick,   809 North Main Street,    Youngsville, PA 16371-1055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: ally@ebn.phinsolutions.com Feb 13 2019 02:15:22
                Ally Bank Lease Trust serviced by Ally Servicing L,    P.O. Box 130424,
                Roseville, MN 55113-0004
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Mark G. Claypool    on behalf of Creditor   Ally Bank Lease Trust serviced by Ally Servicing LLC
               mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
              Michael S. Jan Janin    on behalf of Creditor   Mountain Laurel Federal Credit Union
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```