# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Robert A. Auflick and Ashlyn Y. Auflick |
|---|---|
| CASE NO. | 18-11004-TPA |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change filed on 12/11/19 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The related Claim number was not selected during filing, and as a result, does not appear in the docket text and the Notice of Mortgage Payment Change does not appear on the Claims Register. It must be refiled, being sure to select the appropriate Claim number during filing.

| December 12, 2019 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#107c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-11004-TPA
Robert A. Auflick                                                               Chapter 13
Ashlyn Y. Auflick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut           Page 1 of 1            Date Rcvd: Dec 12, 2019
                              Form ID: pdf901      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
              +Karen A. Maxcy,    c/o McCalla Raymer Leibert Pierce, LLC,    1544 Old Alabama Rd.,
               Roswell, GA 30076-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T Bank as servicer for Lakeview Loan Servicing L
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Daniel P. Foster   on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster   on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Mark G. Claypool   on behalf of Creditor   Ally Bank Lease Trust serviced by Ally Servicing LLC
               mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
              Michael S. Jan Janin   on behalf of Creditor   Mountain Laurel Federal Credit Union
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7