**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/19/2020

IN RE:

ROBERT A. AUFLICK
ASHLYN Y AUFLICK
809 NORTH MAIN STREET
YOUNGSVILLE, PA 16371
XXX-XX-3818          Debtor(s)

XXX-XX-2509

Case No.18-11004 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/19/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9231 |
| **MICHAEL S JAN JANIN ESQ**<br>QUINN BUSECK LEEMHUIS ET AL<br>2222 W GRANDVIEW<br><br>ERIE, PA  16506-4508 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MOUNTIAN LAUREL FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: M AND T BANK~LAKEVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK LEASE TRUST**<br>C/O ALLY SERVICING LLC<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*NO$/SCH G*ACA+ARRS=15038.54/CL AMT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8271 |
| **FIVE STAR BANK**<br>100 CHESTNUT ST 13TH FL<br><br>ROCHESTER, NY  14604 | Trustee Claim Number: 5    INT %: 4.25%<br>Court Claim Number: 12<br><br>CLAIM: 10,966.19<br>COMMENT: CL4GOV@TERMS/PL*11244@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3381 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 23<br><br>CLAIM: 0.00<br>COMMENT: CL23GOV*PMT/DECL*675/PL@M AND T BK*DK4PMT~LMT*BGN 10/18 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8240 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*11658.75/CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7749 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 28<br><br>CLAIM: 3,524.21<br>COMMENT: BARCLAYS/LL BEAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4339 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 3,560.98<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7570 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 1,583.15<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1502 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br><br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11 INT %: 0.00% <br> Court Claim Number: 22 <br><br> CLAIM: 1,108.49 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2450 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br><br> TEMPE, AZ 85282 | Trustee Claim Number: 12 INT %: 0.00% <br> Court Claim Number: 1 <br><br> CLAIM: 3,107.53 <br> COMMENT: SYNCHRONY/OLD NAVY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0767 |
| **FNCC** <br> 500 E 60TH ST <br><br> SIOUX FALLS, SD 57104 | Trustee Claim Number: 13 INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0844 |
| **CHASE(*)** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number: 14 INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9460 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br><br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 15 INT %: 0.00% <br> Court Claim Number: 3 <br><br> CLAIM: 5,633.29 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3038 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br><br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 16 INT %: 0.00% <br> Court Claim Number: 2 <br><br> CLAIM: 2,329.58 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6031 |
| **ELAN FINANCIAL SERVICES** <br> POB 108 <br><br> SAINT LOUIS, MO 63166 | Trustee Claim Number: 17 INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3287 |
| **JH PORTFOLIO DEBT EQUITIES** <br> 5230 LAS VIRGENES RD STE 265 <br><br> CALABASAS, CA 91302 | Trustee Claim Number: 18 INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR~SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4084 |
| **QUANTUM3 GROUP LLC - AGENT FOR JHPDE FI** <br> PO BOX 788 <br><br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19 INT %: 0.00% <br> Court Claim Number: 13 <br><br> CLAIM: 4,127.80 <br> COMMENT: 6120/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3485 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20 INT %: 0.00% <br> Court Claim Number: 8 <br><br> CLAIM: 5,291.04 <br> COMMENT: US BANK/ELAN/FIVE STAR | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5272 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 3,429.58<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4717 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br>SAINT MARYS, PA 15857 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 4,068.10<br>COMMENT: 9002/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7460 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br>SAINT MARYS, PA 15857 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1063 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br>SAINT MARYS, PA 15857 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2402 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GNRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2318 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 3,219.68<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4729 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 6,683.62<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1927 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ 08026 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GNRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2072 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ 08026 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GNRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2402 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ 08026 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GNRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7014 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7988 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6020 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6019 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6017 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6018 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ  08026 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WARREN GNRL HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6016 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2168 |
| **QUANTUM3 GROUP LLC - AGENT FOR JHPDE FI**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  4,369.15<br>COMMENT:  ACCT NT/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9231 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM:  550.21<br>COMMENT:  CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8627 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM:  145.10<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRESSLER FELT & WARSHAW LLP**<br>7 ENTIN RD<br><br>PARSIPPANY, NJ 07054-5020 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH 45202 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WARREN GENERAL HOSPITAL**<br>TWO CRESENT PARK<br><br>WARREN, PA 16365 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,527.18<br>COMMENT: NT/SCH*COMENITY/BON-TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6981 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 413.58<br>COMMENT: NT/SCH*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9166 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 8,095.67<br>COMMENT: NT/SCH*SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0141 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 156.19<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>8000 NORMAN CENTER DR STE 350<br><br>BLOOMINGTON, MN 55437 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 2,378.64<br>COMMENT: NT/SCH*1ST NB OMAHA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3093 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM: 1,315.94<br>COMMENT: NT/SCH*PAYPAL/COMENITY CAPITAL BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4918 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM: 694.39<br>COMMENT: CL23GOV*$0ARRS/PL*THRU 9/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8240 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:26<br>CLAIM: 3,908.32<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4791 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:25<br>CLAIM: 1,017.40<br>COMMENT: ACCT NT/SCH*COMENITY/GAMESTOP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9950 |