**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-11004-TPA |
| | : | |
| **Robert A Auflick and** | : | **CHAPTER 13** |
| **Ashlyn Y Auflick,** | : | |
|     Debtors, | : | |
| _____ | : | **DOCKET NO.: 63** |
| **Lakeview Loan Servicing LLC,** | : | |
|     Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Robert A Auflick and** | : | |
| **Ashlyn Y Auflick,** | : | |
| | : | |
|     And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee | : | |
|     Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

    The Chapter 13 Plan payment amount dated October 22, 2018 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$681.38**. The new post-petition monthly payment payable to **Lakeview Loan Servicing LLC** is **$669.07**, effective **December 1, 2020** per the escrow notice filed **November 10, 2020**.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: <u>November 30, 2020</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
| | Daniel P. Foster |
| | PA I.D. # 92376 |
| | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Phone: 814.724.1165 |
| | Fax: 814.724.1158 |