**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-11004-TPA |
| | : | |
| **Robert A Auflick and** | : | CHAPTER 13 |
| **Ashlyn Y Auflick,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 63 |
| **Lakeview Loan Servicing LLC,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Robert A Auflick and** | : | |
| **Ashlyn Y Auflick,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: November 30, 2020

By: /s/ Kristen N. Dennis
Kristen N. Dennis, Paralegal
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

McCalla Raymer Leibert Pierce, LLC
c/o Michelle Hart Ippoliti
Michelle.HartIppoliti@mccalla.com

Robert & Ashlyn Auflick
809 North Main Street
Youngsville PA 16371