UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   ROBERT A. AUFLICK<br>ASHLYN Y AUFLICK<br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>ROBERT A. AUFLICK<br>ASHLYN Y AUFLICK<br><br>    Respondents | Case No. 18-11004JCM<br><br>Chapter 13<br><br>Document No. 75 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __2nd__ day of October, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Refining Co
Attn: Payroll Manager
Pob 780
Warren, PA 16365

is hereby ordered to immediately terminate the attachment of the wages of ROBERT A. AUFLICK, social security number XXX-XX-3818. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT A. AUFLICK.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ jlm
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
10/2/23 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11004-JCM |
| Robert A. Auflick | Chapter 13 |
| Ashlyn Y. Auflick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert A. Auflick, 809 North Main Street, Youngsville, PA 16371-1055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank Lease Trust serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | |

District/off: 0315-1 | User: auto | Page 2 of 2

Date Rcvd: Oct 02, 2023 | Form ID: pdf900 | Total Noticed: 1

      on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com
      slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

TOTAL: 7