Certificate Number: 03088-PAW-DE-037834026

Bankruptcy Case Number: 18-11004



03088-PAW-DE-037834026

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2023, at 12:27 o'clock PM CDT, Robert A Auflick completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 9, 2023                By:   /s/Brianna M Glynn

                                   Name: Brianna M Glynn

                                   Title: Counselor