Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert A. Auflick** | : | Case No. 18−11004−JCM |
| **Ashlyn Y. Auflick** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 86 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/23/24 at 03:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of November, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 86 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before January 12, 2024*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *January 23, 2024 at 03:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 18-11004-JCM
Robert A. Auflick     Chapter 13
Ashlyn Y. Auflick
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Nov 28, 2023     Form ID: 300b     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Auflick, Ashlyn Y. Auflick, 809 North Main Street, Youngsville, PA 16371-1055 |
| 14922254 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14922258 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14927361 | + | Mountain Laurel Federal Credit Union, 1513 Pennsylvania Avenue East, Warren, PA 16365-3142 |
| 14922260 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14922266 | + | Stonegate Mortage Corporation, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14922278 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Bank Lease Trust serviced by Ally Servicing L, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14956542 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 29 2023 00:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14928986 | | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14922238 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14922239 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14922240 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:49:07 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14922241 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:58 | Capital One N.A., PO Box 85520, Richmond, VA 23285 |
| 14922242 | | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14934231 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14924052 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14922244 | + | Email/Text: clientservices@credit-control.com | Nov 29 2023 00:38:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14922246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14922247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-11004-JCM   Doc 88   Filed 11/30/23   Entered 12/01/23 00:32:06   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 300b | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 29 2023 00:37:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14922248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14922249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Capital Bank / Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14922250 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:46 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14922251 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14925330 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14922243 | | Email/Text: BNSFN@capitalsvcs.com | Nov 29 2023 00:36:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14944699 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Nov 29 2023 00:35:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 14922253 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 29 2023 00:35:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14922245 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:59 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14922255 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 29 2023 00:39:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14960411 | ^ | MEBN | Nov 29 2023 00:23:39 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14932783 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14932782 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:36:21 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:32 | Lvnv Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 14922257 | | Email/Text: camanagement@mtb.com | Nov 29 2023 00:36:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14951491 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14932578 | ^ | MEBN | Nov 29 2023 00:23:16 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14932577 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Funding LLC, PO Box 2000, Warren, MI 48090-2000 |
| 14922259 | + | Email/PDF: cbp@omf.com | Nov 29 2023 00:48:41 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14949907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14923028 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:48:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14922263 | | Email/Text: signed.order@pfwattorneys.com | Nov 29 2023 00:35:00 | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14922261 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 01:36:26 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14922264 | ^ | MEBN | Nov 29 2023 00:23:54 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 14928992 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14957245 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14922265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:59:19 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14922267 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:40 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14922268 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:02 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14922269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:38 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14922270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:59:24 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14922271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:02 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 14922272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:54 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14922273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:59 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14922274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:21 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14922275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14922252 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14922276 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 14954901 | | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 01:36:29 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14922277 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 29 2023 00:34:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14922279 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 29 2023 00:38:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169815 | *+ | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14922262 | *+ | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Nov 28, 2023 | Form ID: 300b | Total Noticed: 61

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Mark G. Claypool
on behalf of Creditor Ally Bank Lease Trust serviced by Ally Servicing LLC mclaypool@kmgslaw.com
knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael S. Jan Janin
on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8