**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT A. AUFLICK<br>ASHLYN Y AUFLICK<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-11004<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/27/2018 and confirmed on 11/29/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 128,084.88 |
| Less Refunds to Debtor | 1,789.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,295.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 5,949.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,949.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 40,277.67 | 0.00 | 40,277.67 |
|     Acct: 8240 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 694.39 | 694.39 | 0.00 | 694.39 |
|     Acct: 8240 | | | | |
|   FIVE STAR BANK | 10,966.19 | 10,966.19 | 1,069.31 | 12,035.50 |
|     Acct: 3381 | | | | |
|   MOUNTAIN LAUREL FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7749 | | | | |
| | | | | 53,007.56 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT A. AUFLICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT A. AUFLICK | 984.92 | 984.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT A. AUFLICK | 804.88 | 804.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY BANK LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8271 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,524.21 | 3,125.56 | 0.00 | 3,125.56 |
|     Acct: 4339 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,560.98 | 3,158.17 | 0.00 | 3,158.17 |
|     Acct: 7570 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,583.15 | 1,404.07 | 0.00 | 1,404.07 |
|     Acct: 1502 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,108.49 | 983.10 | 0.00 | 983.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2450 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 3,107.53 | 2,756.02 | 0.00 | 2,756.02 |
| Acct: 0767 | | | | |
| FNCC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0844 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9460 | | | | |
| DISCOVER BANK(*) | 5,633.29 | 4,996.07 | 0.00 | 4,996.07 |
| Acct: 3038 | | | | |
| DISCOVER BANK(*) | 2,329.58 | 2,066.06 | 0.00 | 2,066.06 |
| Acct: 6031 | | | | |
| ELAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3287 | | | | |
| JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4084 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR JH | 4,127.80 | 3,660.87 | 0.00 | 3,660.87 |
| Acct: 3485 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,291.04 | 4,692.53 | 0.00 | 4,692.53 |
| Acct: 5272 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,429.58 | 3,041.63 | 0.00 | 3,041.63 |
| Acct: 4717 | | | | |
| MOUNTAIN LAUREL FCU* | 4,068.10 | 3,607.93 | 0.00 | 3,607.93 |
| Acct: 7460 | | | | |
| MOUNTAIN LAUREL FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1063 | | | | |
| MOUNTAIN LAUREL FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2402 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2318 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,219.68 | 2,855.48 | 0.00 | 2,855.48 |
| Acct: 4729 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 6,683.62 | 5,927.59 | 0.00 | 5,927.59 |
| Acct: 1927 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2072 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2402 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7014 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7988 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6020 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6019 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6017 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6018 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6016 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2168 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR JH | 4,369.15 | 3,874.93 | 0.00 | 3,874.93 |
| Acct: 9231 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 550.21 | 487.98 | 0.00 | 487.98 |
| Acct: 8627 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 145.10 | 128.69 | 0.00 | 128.69 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,527.18 | 2,241.31 | 0.00 | 2,241.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6981 | | | | |
|    MIDLAND FUNDING LLC | 413.58 | 366.80 | 0.00 | 366.80 |
| Acct: 9166 | | | | |
|    MIDLAND FUNDING LLC | 8,095.67 | 7,179.91 | 0.00 | 7,179.91 |
| Acct: 0141 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 156.19 | 138.52 | 0.00 | 138.52 |
| Acct: 0002 | | | | |
|    ABSOLUTE RESOLUTIONS INVESTMENTS | 2,378.64 | 2,109.57 | 0.00 | 2,109.57 |
| Acct: 3093 | | | | |
|    SYNCHRONY BANK | 1,315.94 | 1,167.08 | 0.00 | 1,167.08 |
| Acct: 4918 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 3,908.32 | 3,466.22 | 0.00 | 3,466.22 |
| Acct: 4791 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 1,017.40 | 902.31 | 0.00 | 902.31 |
| Acct: 9950 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9231 | | | | |
|    MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 64,338.40 |

TOTAL PAID TO CREDITORS                                                                                       117,345.96

TOTAL CLAIMED
PRIORITY           0.00
SECURED       11,660.58
UNSECURED     72,544.43

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT A. AUFLICK
   ASHLYN Y AUFLICK
       Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-11004

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11004-JCM |
| Robert A. Auflick | Chapter 13 |
| Ashlyn Y. Auflick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Auflick, Ashlyn Y. Auflick, 809 North Main Street, Youngsville, PA 16371-1055 |
| 14922254 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14922258 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14927361 | + | Mountain Laurel Federal Credit Union, 1513 Pennsylvania Avenue East, Warren, PA 16365-3142 |
| 14922260 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14922266 | + | Stonegate Mortage Corporation, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14922278 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Bank Lease Trust serviced by Ally Servicing L, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14956542 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 29 2023 00:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14928986 | | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14922238 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 29 2023 00:35:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14922239 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14922240 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:49:04 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14922241 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:59:30 | Capital One N.A., PO Box 85520, Richmond, VA 23285 |
| 14922242 | | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14934231 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14924052 | + | Email/Text: bankruptcy@cavps.com | Nov 29 2023 00:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14922244 | + | Email/Text: clientservices@credit-control.com | Nov 29 2023 00:38:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14922246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14922247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-11004-JCM  Doc 89  Filed 11/30/23  Entered 12/01/23 00:32:06  Desc Imaged
Certificate of Notice  Page 7 of 9

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 29 2023 00:37:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14922248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14922249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Capital Bank / Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14922250 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2023 00:48:47 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14922251 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14925330 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14922243 | | Email/Text: BNSFN@capitalsvcs.com | Nov 29 2023 00:36:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14944699 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Nov 29 2023 00:35:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 14922253 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 29 2023 00:35:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14922245 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:50 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14922255 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 29 2023 00:39:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14960411 | ^ | MEBN | Nov 29 2023 00:23:39 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14932783 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14932782 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:42 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:46:39 | Lvnv Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 14922257 | | Email/Text: camanagement@mtb.com | Nov 29 2023 00:36:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14951491 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14932578 | ^ | MEBN | Nov 29 2023 00:23:20 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14932577 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Funding LLC, PO Box 2000, Warren, MI 48090-2000 |
| 14922259 | + | Email/PDF: cbp@omf.com | Nov 29 2023 00:48:17 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14949907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:49:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14923028 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:48:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14922263 | | Email/Text: signed.order@pfwattorneys.com | Nov 29 2023 00:35:00 | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14922261 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:50 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14922264 | ^ | MEBN | Nov 29 2023 00:23:55 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 14928992 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14957245 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14922265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:00 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14922267 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:04 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14922268 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:20 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14922269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:38 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14922270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:46 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14922271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:17 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 14922272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:28 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14922273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:52 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14922274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:59 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14922275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:08 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14922252 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14922276 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 14954901 | | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 01:46:37 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14922277 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 29 2023 00:34:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14922279 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 29 2023 00:38:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169815 | *+ | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14922262 | *+ | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
 on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Daniel P. Foster
 on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com
 katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
 on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com
 katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
 on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Mark G. Claypool
 on behalf of Creditor Ally Bank Lease Trust serviced by Ally Servicing LLC mclaypool@kmgslaw.com
 knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael S. Jan Janin
 on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com
 slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 8