**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert A. Auflick | Social Security number or ITIN   xxx–xx–3818 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Ashlyn Y. Auflick | Social Security number or ITIN   xxx–xx–2509 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–11004–JCM

# Order of Discharge                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert A. Auflick                              Ashlyn Y. Auflick

<u>1/17/24</u>                                     **By the court:** <u>John C Melaragno</u>
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-11004-JCM
Robert A. Auflick  Chapter 13
Ashlyn Y. Auflick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Jan 17, 2024      Form ID: 3180W      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Auflick, Ashlyn Y. Auflick, 809 North Main Street, Youngsville, PA 16371-1055 |
| 14922254 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14922258 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14927361 | + | Mountain Laurel Federal Credit Union, 1513 Pennsylvania Avenue East, Warren, PA 16365-3142 |
| 14922260 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14922266 | + | Stonegate Mortage Corporation, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14922278 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 18 2024 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 18 2024 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2024 00:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: GMACFS.COM | Jan 18 2024 04:54:00 | Ally Bank Lease Trust serviced by Ally Servicing L, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14956542 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 18 2024 00:01:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14928986 | | EDI: GMACFS.COM | Jan 18 2024 04:54:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14922238 | + | EDI: GMACFS.COM | Jan 18 2024 04:54:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14922239 | + | EDI: TSYS2 | Jan 18 2024 04:54:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14922240 | | EDI: CAPITALONE.COM | Jan 18 2024 04:54:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14922241 | | EDI: CAPITALONE.COM | Jan 18 2024 04:54:00 | Capital One N.A., PO Box 85520, Richmond, VA |

| | | | | |
|---|---|---|---|---|
| | | | | 23285 |
| 14922242 | | Email/Text: bankruptcy@cavps.com | Jan 18 2024 00:02:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14934231 | | EDI: CAPITALONE.COM | Jan 18 2024 04:54:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14924052 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2024 00:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14922244 | + | Email/Text: clientservices@credit-control.com | Jan 18 2024 00:02:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14922246 | + | EDI: CITICORP | Jan 18 2024 04:54:00 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14922247 | + | EDI: WFNNB.COM | Jan 18 2024 04:54:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14922248 | + | EDI: WFNNB.COM | Jan 18 2024 04:54:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14922249 | + | EDI: WFNNB.COM | Jan 18 2024 04:54:00 | Comenity Capital Bank / Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14922250 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2024 00:11:12 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14922251 | | EDI: DISCOVER | Jan 18 2024 04:54:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14925330 | | EDI: DISCOVER | Jan 18 2024 04:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14922243 | | Email/Text: BNSFN@capitalsvcs.com | Jan 18 2024 00:02:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14944699 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jan 18 2024 00:01:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 14922253 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 18 2024 00:02:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14922245 | | EDI: JPMORGANCHASE | Jan 18 2024 04:54:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14922255 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 18 2024 00:03:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14960411 | ^ | MEBN | Jan 17 2024 23:59:43 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14932783 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:12 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14932782 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:01 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:03 | Lvnv Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 14922257 | | Email/Text: camanagement@mtb.com | Jan 18 2024 00:02:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14951491 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 00:02:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14932578 | ^ | MEBN | Jan 17 2024 23:59:24 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14932577 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 18-11004-JCM    Doc 94    Filed 01/19/24    Entered 01/20/24 00:31:02    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 18 2024 00:02:00 | Midland Funding LLC, PO Box 2000, Warren, MI 48090-2000 |
| 14922259 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 18 2024 04:54:00 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14949907 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14923028 | + | EDI: PRA.COM | | |
| | | | Jan 18 2024 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14922263 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jan 18 2024 00:02:00 | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14922261 | + | EDI: PRA.COM | | |
| | | | Jan 18 2024 04:54:00 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14922264 | ^ | MEBN | | |
| | | | Jan 18 2024 00:00:09 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 14928992 | | EDI: Q3G.COM | | |
| | | | Jan 18 2024 04:54:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14957245 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jan 18 2024 00:02:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14922265 | + | EDI: CITICORP | | |
| | | | Jan 18 2024 04:54:00 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14922267 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14922268 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14922269 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14922270 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14922271 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 14922272 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14922273 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14922274 | + | EDI: SYNC | | |
| | | | Jan 18 2024 04:54:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14922275 | + | EDI: CITICORP | | |
| | | | Jan 18 2024 04:54:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14922252 | | EDI: USBANKARS.COM | | |
| | | | Jan 18 2024 05:00:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14922276 | | EDI: USBANKARS.COM | | |
| | | | Jan 18 2024 05:00:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 14954901 | | EDI: AIS.COM | | |
| | | | Jan 18 2024 05:00:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14922277 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jan 18 2024 04:54:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14922279 | + | EDI: BLUESTEM | | |
| | | | Jan 18 2024 05:00:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 63

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169815 | *+ | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14922262 | *+ | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank Lease Trust serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7