IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT A. AUFLICK<br>ASHLYN Y AUFLICK<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:18-11004<br><br>Chapter 13<br><br>Document No.: 86 |

## ORDER OF COURT

AND NOW, this ___17th___ day of ___January___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
1/17/24 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert A. Auflick  
Ashlyn Y. Auflick  
    Debtors

Case No. 18-11004-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Jan 17, 2024     Form ID: pdf900     Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Auflick, Ashlyn Y. Auflick, 809 North Main Street, Youngsville, PA 16371-1055 |
| 14922254 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14922258 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14927361 | + | Mountain Laurel Federal Credit Union, 1513 Pennsylvania Avenue East, Warren, PA 16365-3142 |
| 14922260 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14922266 | + | Stonegate Mortage Corporation, 4894 Greenville Avenue, Dallas, TX 75206-4120 |
| 14922278 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2024 00:01:00 | Ally Bank Lease Trust serviced by Ally Servicing L, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14956542 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 18 2024 00:01:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14928986 | | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2024 00:01:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14922238 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2024 00:01:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14922239 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 18 2024 00:02:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14922240 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 00:11:13 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14922241 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 00:11:00 | Capital One N.A., PO Box 85520, Richmond, VA 23285 |
| 14922242 | | Email/Text: bankruptcy@cavps.com | Jan 18 2024 00:02:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14934231 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 00:11:15 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14924052 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2024 00:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14922244 | + | Email/Text: clientservices@credit-control.com | Jan 18 2024 00:02:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14922246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 00:11:13 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14922247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-11004-JCM   Doc 95   Filed 01/19/24   Entered 01/20/24 00:31:02   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 18 2024 00:02:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14922248 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 00:02:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14922249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 00:02:00 | Comenity Capital Bank / Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14922250 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2024 00:11:22 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14922251 | | Email/Text: mrdiscen@discover.com | Jan 18 2024 00:01:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14925330 | | Email/Text: mrdiscen@discover.com | Jan 18 2024 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14922243 | | Email/Text: BNSFN@capitalsvcs.com | Jan 18 2024 00:02:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14944699 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jan 18 2024 00:01:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 14922253 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 18 2024 00:02:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14922245 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2024 00:11:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14922255 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 18 2024 00:03:00 | Jh Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14960411 | ^ | MEBN | Jan 17 2024 23:59:45 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14932783 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14932782 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:01 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:03 | Lvnv Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 14922257 | | Email/Text: camanagement@mtb.com | Jan 18 2024 00:02:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14951491 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 00:02:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14932578 | ^ | MEBN | Jan 17 2024 23:59:20 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14932577 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 00:02:00 | Midland Funding LLC, PO Box 2000, Warren, MI 48090-2000 |
| 14922259 | + | Email/PDF: cbp@omf.com | Jan 18 2024 00:11:23 | Onemain Financial, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14949907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 00:11:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14923028 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 00:11:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14922263 | | Email/Text: signed.order@pfwattorneys.com | Jan 18 2024 00:02:00 | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14922261 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 00:11:23 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14922264 | ^ | MEBN | Jan 18 2024 00:00:09 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 14928992 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2024 00:02:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14957245 | + | Email/Text: bncmail@w-legal.com | Jan 18 2024 00:02:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14922265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 00:11:12 | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14922267 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:21 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14922268 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:13 | Syncb / Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14922269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:13 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14922270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:21 | Syncb / Paypal Smart Consumer, Po Box 965005, Orlando, FL 32896-5005 |
| 14922271 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:23 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 14922272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:13 | Syncb / Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14922273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:21 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14922274 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 00:11:23 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14922275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 00:11:12 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14922252 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 18 2024 00:02:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14922276 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 18 2024 00:02:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 14954901 | | Email/PDF: ebn_ais@aisinfo.com | Jan 18 2024 00:11:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14922277 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 18 2024 00:01:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14922279 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 18 2024 00:02:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169815 | *+ | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14922262 | *+ | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Joint Debtor Ashlyn Y. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Robert A. Auflick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank Lease Trust serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7