# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert A. Auflick**<br>**Ashlyn Y. Auflick**<br>                  **Debtors**<br><br>**M&T Bank, as servicer for Lakeview Loan Servicing, LLC**<br>                  **Movant**<br>    vs.<br><br>**Robert A. Auflick**<br>**Ashlyn Y. Auflick**<br>                  **Debtors**<br><br>**Ronda J. Winnecour, Esq.**<br>                  **Trustee** | **BK NO. 18-11004 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 23** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Robert A. Auflick
809 North Main Street
Youngsville, PA 16371

Ashlyn Y. Auflick
809 North Main Street
Youngsville, PA 16371

Attorney for Debtors
Daniel P. Foster, Esquire
Foster Law Offices
PO Box 966 (VIA ECF)
Meadville, PA 16335

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail.

Dated: November 9, 2022

                                                            **/s/Brian C. Nicholas, Esquire**
                                                            Brian C. Nicholas, Esquire
                                                            Attorney I.D. 317240
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            201-549-5366
                                                            bnicholas@kmllawgroup.com